Jill E. Steinberg, Stephanie Gabay–Smith, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Richard Brooks Holcomb, Stephanie Kearns, Federal Defender Program, Inc., Atlanta, GA, for Defendant–Appellant.

Before HULL and FAY, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

Under the facts and circumstances of this case, we find that the statement made by the Defendant was an unequivocal request for a lawyer and that he did not reinitiate any conversation with the agent. Under our prior panel rule, *Burger King*

---

*Corp. v. Pilgrim's Pride Corp.*, 15 F.3d 166, 169 (11th Cir.1994), we find that *Cannady v. Dugger*, 931 F.2d 752 (11th Cir. 1991), controls and requires that we reverse the ruling on the motion to suppress and remand the case for further proceedings.

**REVERSED AND REMANDED.**

VINSON, District Judge, dissenting:

I respectfully dissent based upon my conclusion that the Supreme Court in, *Davis v. United States*, 512 U.S. 452, 114 S.Ct. 2350, 129 L.Ed.2d 362 (1994), has overruled *Cannady*.

**State of FLORIDA, Freda Cobb, Lynn Padgett, Plaintiffs–Appellants,**

v.

**U.S. DEPARTMENT OF JUSTICE, Federal Bureau of Prisons, Unicor, Defendants–Appellees.**

**No. 10–14460.**

United States Court of Appeals, Eleventh Circuit.

Sept. 20, 2011.

H. Richard Bisbee, Patrick Ryan Frank, H. Richard Bisbee, P.A., Tallahassee, FL, for Plaintiffs–Appellants.

Sarang V. Damle, Michael S. Raab, U.S. Department of Justice, Washington, DC,

---

* Honorable C. Roger Vinson, United States District Judge for the Northern District of Florida, sitting by designation.

Thomas F. Kirwin, Robert Del Stinson, U.S. Attorney's Office, Tallahassee, FL, Philip R. Lammens, U.S. Attorney's Office, Ocala, FL, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Defendants–Appellees.

Before HULL and FAY, Circuit Judges, and VINSON,* District Judge.

PER CURIAM:

After review and oral argument, we AFFIRM the district court's order, dated August 12, 2010, 2010 WL 3211992, granting the United States' motion to dismiss the plaintiffs' Complaint, for the reasons outlined in the district court's thorough and well-reasoned order.